JOSEPH A. NAPOLETAN et al., Appellants, *v.* STATE OF NEW YORK, Respondent. (Claim No. 30732.)

DONALD J. KEELER et al., Appellants, *v.* STATE OF NEW YORK, Respondent. (Claim No. 30836.)

MARCUS J. YOUMANS, as Administrator with the Will Annexed of CONRAD C. MESICK, Deceased, et al., Appellants, *v.* STATE OF NEW YORK, Respondent. (Claim No. 30792.)

MARCUS J. YOUMANS, as Administrator with the Will Annexed of CONRAD C. MESICK, Deceased, et al., Appellants, *v.* STATE OF NEW YORK, Respondent. (Claim No. 30791.)

MARCUS J. YOUMANS, as Administrator with the Will Annexed of CONRAD C. MESICK, Deceased, et al., Appellants, *v.* STATE OF NEW YORK, Respondent. (Claim No. 30837.)

Argued April 14, 1955; decided July 8, 1955.

*Richmond D. Moot* for appellants.

*Jacob K. Javits, Attorney-General (Henry S. Manley* and *Richard H. Shepp* of counsel), for respondent.

In each claim, the appeal from the judgment — which constitutes the appealable paper — dismissed, with costs, upon the ground that no substantial constitutional question is presented. No opinion.

Concur: CONWAY, Ch. J., DESMOND, DYE, FULD, FROESSEL, VAN VOORHIS and BURKE, JJ.